**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAMESS ALLAN TURCIOS CASTRO,
            Petitioner,
v.
MARKWAYNE MULLIN, et al.,
            Respondents.

CIVIL ACTION
NO. 26-1936

## ORDER

**AND NOW**, this 6th day of April 2026, upon consideration of Petitioner Jamess Allan

Turcios Castro's Motion to Withdraw the Petition for a Writ of Habeas Corpus (Doc. No. 3), it is

**ORDERED** that Petitioner's Motion (Doc. No. 3) is **GRANTED**.[1]

It is **FURTHER ORDERED** that in view of Petitioner's removal from the United States,

Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) and Petitioner's Emergency

Petition for a Writ of Habeas Corpus (Doc. No. 2) are **DENIED AS MOOT**.

BY THE COURT:

/s/ Joel H. Slomsky
_____

JOEL H. SLOMSKY, J.

---

[1]    On March 24, 2026 Petitioner Jamess Allan Turcios Castro ("Petitioner") first filed a Petition for a Writ of Habeas Corpus.  (Doc. No. 1.)  Petitioner then filed a second, Emergency Petition for a Writ of Habeas Corpus on March 25, 2026.  (Doc. No. 2).  Finally, on April 2, 2026, Petition filed the instant Motion.  (Doc. No. 3.)  In the Motion, counsel for Petitioner explains that on March 29, 2026, Petitioner was removed from the United States and is no longer in the custody of Respondents.  (Id. at 3.)  Thus, Petitioner's Petitions for a Writ of Habeas Corpus (Doc. Nos. 1, 2) are now moot.