IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMESS ALLAN TURCIOS CASTRO,

                Petitioner,

    v.

MARKWAYNE MULLIN, et al.,

                Respondents.

CIVIL ACTION
NO. 26-1936

## ORDER

**AND NOW**, this 6th day of April 2026, upon consideration of Petitioner's Motion to Withdraw the Petitions for a Writ of Habeas Corpus (Doc. No. 3), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.